UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

VINCENT ALAIMO, SUSAN ALAIMO and
MINETTE ALAIMO,

                         Plaintiffs,

    -against-

GENERAL MOTORS CORPORATION,
GENERAL MOTORS AND THEIR
MANUFACTURERS, AGENTS, AND
SUBCONTRACTORS AND THEIR EMPLOYEES
AND/OR EXPERT WITNESSES, GERALD COOPER,
JOHN W. MELVIN, BRIAN EVEREST AND DR.
BRENT BENSON,

                        Defendants.

-----------------------------------------------------------------X

Docket No.: 07 Civ 7624
(CLB-MDF)

**MOTION TO ADMIT COUNSEL**
**_PRO HAC VICE_**

    **PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern District of New York, I, Timothy J. McHugh, Esq., a member in good standing of the bar of this Court, will bring the above Motion on for hearing before this Court in Room 218, at the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York, on Friday, the 12th day of October, 2007 at 10:00 a.m. or as soon thereafter as counsel can be heard for an Order allowing the admission *pro hac vice* of

    Francis J. Grey, Jr.
    Lavin, O'Neil, Ricci, Cedrone & DiSipio
    190 North Independence Mall West, Suite 500
    6th and Race Streets
    Philadelphia, Pennsylvania 19106
    (215) 627-0303
    (215) 627-2551

    Francis J. Grey, Jr., Esq. is a member in good standing of the Bar of the State of Pennsylvania.

There are no pending disciplinary proceedings against Francis J. Grey, Jr., in any State or Federal court.

Dated: September 25, 2007
New York, New York

Respectfully Submitted,

_____
Timothy J. McHugh, Esq. (3393)
**LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**
Attorneys for Defendant
GENERAL MOTORS CORPORATION
420 Lexington Avenue, Suite 2900
Graybar Building
New York, New York  10170
Phone No.:   (212) 319-6898
Fax No.:   (212) 319-6932
**Our File No.: 7600-80260**

TO:   Vincent Alaimo
Susan Alaimo
Minette Alaimo
*Pro Se Plaintiffs*
PO Box 488
Ferndale, NY 12734