UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Docket No.: 07 Civ 7624
VINCENT ALAIMO, SUSAN ALAIMO and                                      (CLB-MDF)
MINETTE ALAIMO,

                    Plaintiffs,                          **AFFIDAVIT OF**
                                                                          **TIMOTHY J. McHUGH**
      -against-                                                              **IN SUPPORT OF MOTION**
                                                                            **TO ADMIT COUNSEL**
GENERAL MOTORS CORPORATION,                                           ***PRO HAC VICE***
GENERAL MOTORS AND THEIR
MANUFACTURERS, AGENTS, AND
SUBCONTRACTORS AND THEIR EMPLOYEES
AND/OR EXPERT WITNESSES, GERALD COOPER,
JOHN W. MELVIN, BRIAN EVEREST AND DR.
BRENT BENSON,
                    Defendants.
------------------------------------------------------------------X

State of New York     )
                              ) ss.:
County of New York  )

      Timothy J. McHugh, Esq., being duly sworn, hereby deposes and says as follows:

      1.    I am shareholder at Lavin, O'Neil, Ricci, Cedrone & DiSipio, counsel for defendant, GENERAL MOTORS CORPORATION ("GM") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of GM's motion to admit Francis J. Grey, Jr., Esq., as counsel *pro hac vice* to represent GM in this matter.

      2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.    I have known Francis J. Grey, Jr., Esq. since 1997.

      4.    Mr. Grey is a shareholder at Lavin, O'Neil, Ricci, Cedrone & DiSipio.

5. I have found Mr. Grey to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Francis J Grey, Jr., Esq., *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Francis J. Grey, Jr., *pro hac vice*, which is attached hereto as *Exhibit "B"*.

**WHEREFORE**, it is respectfully requested that the motion to admit Francis J. Grey, Jr., Esq., *pro hac vice*, to represent defendant, GENERAL MOTORS CORPORATION, in the above captioned matter, be granted.

Dated: September 25, 2007
New York, New York

Sworn to me before this
26 day of September, 2007

_____
Notary Public

ARTHUR F. DEL PRINCIPE
Notary Public State of New York
No. 02DE6139458
Qualified in Bronx County
Commission Expires January 9, 2010

Respectfully Submitted:

_____
Timothy J. McHugh, Esq. (3393)
**LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**
Attorneys for Defendant
GENERAL MOTORS CORPORATION
420 Lexington Avenue, Suite 2900
Graybar Building
New York, New York 10170
Phone No.: (212) 319-6898
Fax No.: (212) 319-6932
**Our File No.: 7600-80260**