UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VINCENT ALAIMO, SUSAN ALAIMO and
MINETTE ALAIMO,

                             Plaintiffs,

           -against-

GENERAL MOTORS CORPORATION,
GENERAL MOTORS AND THEIR
MANUFACTURERS, AGENTS, AND
SUBCONTRACTORS AND THEIR EMPLOYEES
AND/OR EXPERT WITNESSES, GERALD COOPER,
JOHN W. MELVIN, BRIAN EVEREST AND DR.
BRENT BENSON,
                    Defendants.
------------------------------------------------------------------X

Docket No.: 07 Civ 7624
(CLB-MDF)

**AFFIDAVIT OF
FRANCIS J. GREY, JR.
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE***

State of Pennsylvania )
                  ) ss.:
County of Philadelphia )

      FRANCIS J. GREY, JR., being duly sworn, deposes and says:

      1.      I am a shareholder with the firm of Lavin, O'Neil, Ricci, Cedrone & DiSipio, with my primary office located at 190 North Independence Mall West, Suite 500, 6th and Race Streets, Philadelphia, Pennsylvania, 19106.

      2.      I presently reside at 2011 Waynesborough Road, Paoli, Pennsylvania, 19301.

      3.      I obtained my Bachelor of Arts from Lehigh University in 1986.

      4.      I obtained my Juris Doctor degree from the Villanova University School of Law in 1989 and presently concentrate my practice in the area of Automotive Product Liability.

      5.      I am a member in good standing of the Bar of the Commonwealth of Pennsylvania, having been admitted on November 17, 1989. A Certificate of Good Standing is attached hereto as *Exhibit "A"*.

6.  I am also a member in good standing of the United States District Court for the Eastern District of Pennsylvania, the Bar of the State of New Jersey and the United States District Court for the District of New Jersey.

7.  I have never been held in contempt of court, censured in a disciplinary proceeding, suspended or disbarred by any court, admonished by any disciplinary committee of the organized bar or am the subject of any pending complaint before any court.

8.  I agree to be bound by this Court's rules, including all disciplinary rules, should I be admitted as counsel *pro hac vice* for GENERAL MOTORS CORPORATION.

_____
FRANCIS J. GREY, JR.

**SWORN TO AND SUBSCRIBED**

before me this 24th day of

September, 2007

_____
NOTARY PUBLIC

My Commission Expires: 12/28/08

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAUREN M. STENSTROM, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 28, 2008