

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Francis J. Grey, Jr., Esq.*

**DATE OF ADMISSION**

*November 17, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
Dated: September 21, 2007

Patricia A. Johnson
Chief Clerk