UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Docket No.: 07 Civ 7624
VINCENT ALAIMO, SUSAN ALAIMO and                                      (CLB-MDF)
MINETTE ALAIMO,

                                            **ORDER FOR ADMISSION**
                                            ***PRO HAC VICE***
                     Plaintiffs,
     -against-                                      ***ON WRITTEN MOTION***

GENERAL MOTORS CORPORATION,
GENERAL MOTORS AND THEIR
MANUFACTURERS, AGENTS, AND
SUBCONTRACTORS AND THEIR EMPLOYEES
AND/OR EXPERT WITNESSES, GERALD COOPER,
JOHN W. MELVIN, BRIAN EVEREST AND DR.
BRENT BENSON,
                   Defendants.
------------------------------------------------------------------X

Upon the motion of Timothy J. McHugh, Esq., attorney for defendant, GENERAL MOTORS CORPORATION, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Francis J. Grey, Jr.
    Lavin, O'Neil, Ricci, Cedrone & DiSipio
    190 North Independence Mall West, Suite 500
    6th and Race Streets
    Philadelphia, Pennsylvania 19106
    (215) 627-0303
    (215) 627-2551
    fgrey@lavin-law.com

is admitted to practice *pro hac vice* as counsel for GENERAL MOTORS CORPORATION, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov . Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: October ___, 2007

                                                         _____
                                                         Honorable Charles L. Brieant