## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

    I, Joanne Peters, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Fairfield County, Connecticut.

    On September 28, 2007, deponent served the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Timothy J. McHugh, Affidavit of Francis J. Grey, Jr. and Exhibits upon:

TO:    Vincent Alaimo
        Susan Alaimo
        Minette Alaimo
        *Pro Se Plaintiffs*
        PO Box 488
        Ferndale, NY 12734

at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                  _____
                                                  Joanne Peters

Sworn to before me this
28 day of September, 2007.

_____
TIMOTHY J. MCHUGH
Notary Public, State of New York
No. 02MC506248
Qualified in Suffolk County
Commission Expires July 1, 2010