UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
VINCENT ALAIMO, SUSAN ALAIMO and : DOCKET NO.: 07 CIV 7624
MINETTE ALAIMO, :
 :
                     Plaintiffs, :
-against- : JUDGE KENNETH M. KARAS
 :
GENERAL MOTORS CORPORATION, : MAGISTRATE JUDGE MARK D. FOX
GENERAL MOTORS AND THEIR :
MANUFACTURERS, AGENTS, AND :
SUBCONTRACTORS AND THEIR : **AFFIIRMATION IN OPPOSITION**
EMPLOYEES AND/OR EXPERT WITNESSES, : **TO PLAINTIFFS' MOTION IN**
GERALD COOPER, JOHN W. MELVIN, : **RECONSIDERATION AND STAY**
BRIAN EVEREST AND DR. BRENT BENSON, :
 :
                     Defendants :
----------------------------------------------------------------x

       TIMOTHY J. McHUGH, ESQUIRE, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following under penalties of perjury as follows:

       1.    I am a shareholder with the law firm of Lavin, O'Neil, Ricci, Cedrone & DiSipio, attorneys for defendants General Motors Corporation and Brian Everest and, as such, am fully familiar with the facts and circumstances of this action.

       2.    I submit this Affirmation in pposition to the motion of plaintiffs entitled Motion in Reconsideration and Stay.

       3.    Plaintiffs Vincent Alaimo, Susan Alaimo and Minette Alaimo have filed in this Court a Complaint stating eight causes of action arising out of previous litigation in the New York state courts.

       4.    Plaintiffs' goal is to retry in this Court a lawsuit in which judgment was entered against them in the New York Supreme Court and affirmed on appeal.

       5.    Pending in this Court are motions to dismiss on behalf of defendants General Motors Corporation and Brian Everest.

6. Plaintiffs' Motion for Reconsideration and Stay states no valid basis for any relief of any kind.

7. It appears that in the motion plaintiffs are asking the Court to leave all of the pending motions undecided because they have filed a motion for relief under New York Rule 5015(a)(3).

8. The existence of a motion to open the judgment in the state court action is completely irrelevant to the issues on trial in this lawsuit.

9. The multiplication of lawsuits is in no one's legitimate interest.

10. Plaintiffs' Motion in Reconsideration and Stay states no valid basis for the relief requested.

Dated: New York, New York
May 15, 2008

By: _____
Timothy J. McHugh, Esquire
Attorneys for Defendants,
**General Motors Corporation
and Brian Everest**
LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
420 Lexington Avenue
Suite 2900
New York, NY 10170
(212) 319-6898

2