## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Joanne Peters, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Fairfield County, Connecticut.

On May 15, 2008, deponent served the within *Affirmationt in Opposition to Motion in Reconsideration and Stay and Memorandum of Law in Opposition to Motion in Reconsideration and Stay* upon:

TO:   Vincent Alaimo
      Susan Alaimo
      Minette Alaimo
      *Pro Se Plaintiffs*
      PO Box 488
      Ferndale, NY 12734

at the address designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Joanne Peters

Sworn to before me this
15th day of May, 2008

_____
TIMOTHY J. McHUGH
Notary Public, State of New York
No. 02MC506248
Qualified in Suffolk County
Commission Expires July 1, 2010

1128579v1