UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VINCENT ALAIMO, SUSAN ALAIMO and : DOCKET NO.: 07 CIV 7624
MINETTE ALAIMO, :
: 
                  Plaintiffs, :
  -against- : JUDGE CHARLES L. BRIEANT
:
GENERAL MOTORS CORPORATION, : MAGISTRATE JUDGE MARK D. FOX
GENERAL MOTORS AND THEIR :
MANUFACTURERS, AGENTS, AND :
SUBCONTRACTORS AND THEIR : **MEMORANDUM OF DEFENDANT,**
EMPLOYEES AND/OR EXPERT WITNESSES, : **GENERAL MOTORS CORPORATION**
GERALD COOPER, JOHN W. MELVIN, : **IN OPPOSITION TO PLAINTIFFS'**
BRIAN EVEREST AND DR. BRENT BENSON, : **MOTION IN RECONSIDERATION**
: **AND STAY**
                  Defendants :
-------------------------------------------------------------x

    Plaintiffs have filed a frivolous lawsuit in this Court. The action against General Motors is barred by *res judicata*. Collateral estoppel and the absolute privilege accorded witnesses at trial bar the action against Brian Everest.

    Simply stated, the fact that plaintiffs have filed a motion in the New York Supreme Court changes nothing in this lawsuit. This lawsuit is without merit. The existence of a motion in another court is irrelevant to any issue in this one.

    Multiplication of lawsuits regarding this automobile accident is in the legitimate interest of no party and is certainly contrary to all principles of judicial economy. Plaintiffs are entitled to no relief in this Court. Whatever documents plaintiffs may file in the New York Supreme Court, this lawsuit should be dismissed.

    Why plaintiffs want to keep this case open, but on hold, while pursuing relief in the New York Supreme Court is unknown and unstated. What is certain, however, is that request should be denied. Allowing a party to keep open duplicate lawsuits in separate courts is recommended by no principle of

judicial administration. It advances no party's legitimate interest, and is an unfair and inappropriate imposition on the judicial system.

Plaintiffs state no reason for granting their request, and there is none. Defendants request that the motion be denied.

Dated: New York, New York
      May 15, 2008

                                    Respectfully submitted,

By: _____
Timothy J. McHugh, Esquire
Attorneys for Defendants,
**General Motors Corporation
and Brian Everest**
LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
420 Lexington Avenue
Suite 2900
New York, NY 10170
(212) 319-6898